Praga Press, Inc., Appellee, v. Everett J. Hill, Trading as Hill Publishing Co., Appellant.

Gen. No. 46,514.

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

Prescott,
Burroughs, Taylor & Carey, for appellant; A. M. Burroughs, of counsel; Meyers & Rothstein, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.